

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   JIAMIN CHEN
3  Assistant United States Attorney
   333 Las Vegas Boulevard South, Suite 5000
4  Las Vegas, Nevada 89101
   702-388-6336

5

6

7               UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
8                         -oOo-

9  UNITED STATES OF AMERICA,           )
                                       )  Case No.: 2:15-cr-00063-RFB-CWH
10         Plaintiff,                  )
                                       )
11    vs.                              )  GOVERNMENT'S UNOPPOSED MOTION
                                       )  TO UNSEAL CASE
12  MARK L. ANDERSON,                  )
                                       )
13         Defendant.                  )
                                       )

14

15         COMES NOW, the United States of America by and through DANIEL G. BOGDEN,

16  United States Attorney, and JIAMIN CHEN, Assistant United States Attorney, and respectfully

17  moves this Court to unseal the above captioned case.  The Government previously indicted

18  Defendant under seal to protect an ongoing investigation and because Defendant was located

19  Canada.  The need for keeping the indictment sealed expired when Defendant was arrested upon

20  crossing the border into the United States.  As a result, the Government respectfully moves to

21  have this case unsealed.  The Government also reserves the right to file under seal further

22  documents in this case including but not limited to search and seizure warrants and warrant

23  // //

24  // //

[Filed stamp: FILED ✓ / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD — JUN 16 2015 — CLERK US DISTRICT COURT DISTRICT OF NEVADA — BY: _____ DEPUTY]

applications. The Government conferred with Defendant's counsel, Alan Eisner, on June 15, 2015, and he does not oppose the Government's motion.

DATED this 16th day of June, 2015.

DANIEL G. BOGDEN
United States Attorney

Jiamin Chen
Assistant United State Attorney

SO ORDERED.

RICHARD F. BOULWARE, II
United States District Judge

6/16/2015
DATE

### ELECTRONIC CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee of the United States Attorney's Office, District of Nevada, and that on this day an electronic copy of the foregoing **Government's Unopposed Motion to Unseal** was served via facsimile on Counsel of Record.

Dated: June 16, 2015.

*Pamela Mrenak*
PAMELA MRENAK
Legal Assistant